# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:17-cv-644-GCM

| | |
|---|---|
| WALTER P. ATALSKI, Jr.<br><br>**Plaintiff,**<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *Immigration and Customs Enforcement*,<br><br>**Defendant.** | ORDER |

**THIS MATTER** is before the Court the Court's own motion. It appears that Plaintiff, acting *pro se*, has failed to properly serve his Complaint in accordance with 6 C.F.R § 5.42(a). Plaintiff is hereby **ORDERED** to properly effectuate service in this matter within thirty (30) days of the date of this Order, or the Court will dismiss this matter for failure to prosecute in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Signed: August 24, 2018

Graham C. Mullen
United States District Judge